November 28/2017

# UNTIDED STATES DISTRICT AND BANKRUPCY COURTS
# FOR DISTRICT OF COLOMBIA

MATHIAS LEMMA

5540 Woodlawn Manor Ct.

Alexandria, VA 22309

Phone: Cell: 703-320-5598

    Home: 703-619-0134

VS

Case: 1:17-cv-02551   **JURY DEMAND**
Assigned To : Moss, Randolph D.
Assign. Date : 11/28/2017
Description: Employ. Discrim. **(H-DECK)**

Hispanic National Bar Association

1020 19th St. NW Suite 505

Washington DC 20036

## COMPLAINT

**I WAS TERMINATED BASED ON MY DISABILITY ON MARCH 11/2016, BY THE EXECUTIVE DIRECTOR AND CHIEF OPERATING OFFICER, OF HISPANIC NATIONAL BAR ASSOCIATION, MS. ALBA CRUZ HACKER.**

I the undersigned was recruited as a permanent full time exempt employee as an Accountant for the Hispanic National Bar Association beginning December 14/2015. My job was handling the bookkeeping and accounting activities of the organization, including program support during the organization's signature events. I was terminated based on my heart condition, on March 11/2016 at a time when I was preparing to do my assignments at the Organization's Corporate Counsel Conference beginning March 16th/2016 in Las Vegas city. For this conference all the staff members

RECEIVED

NOV 28 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

were given assignments of duties. The organization has booked air ticket to all the staff, including me. Therefore, I was preparing to travel on the 14th of March to Las Vegas city. However, the Executive Director terminated me on March 11/2016, after I told her that I am a heart patient.

**The following is the sequence of events happened during the week I was terminated.**

1. March 7/2016 Monday, the Executive Director (ED) instructed me to move various items stored in the kitchen of the office in a number of boxes to make them ready for shipping. I moved them accessible for pickup.

2. March 8/2016 Tuesday, the ED called a staff meeting to discuss about the role of individual staff members during the conference. There were a lot of logistical issues on this day, and I was briefed about my roles in details. My role was registering participants at the site, receiving registration fees and deposit in the bank, moving items for the conference from temporary store to the conference area, in the entertainment events (Gala dinner), to help event participants at the gate of the venue, and other duties as assigned by the Executive Director and/or Director of Operation.

3. March 9/2016 Wednesday, preparations for the conference continued. The Executive Director instructed me to go to the post office about 3 blocks away and mail postage as well as perform other conference logistics related tasks.

4. March 10/ 2016 Thursday. I had to unload two 3rd party boxes (about 20 lbs./each) from a taxi cab and carried them to the office. (Though carrying 3rd party property is not my task) Subsequent to that, the Executive Director instructed me to purchase stationery items from Staples, 1 block away from the office. I went, back and forth about 5 times to purchase the stationery items and carried them to the office. Then, I printed over a 1000 pages of conference materials which will be distributed to one of the events participants.

5. On the same day (10/2016), when I got a breathing moment, and in between of our conversations, I told The Executive Director, that I am a heart patient, hoping that she will be sympathetic and give me some room of accommodations of avoiding heavy liftings. But she only said "You did not tell me that before", and not commented any further, and did not give me the chance of continuing our discussions. She stopped our discussion and turned her face to her computer, which meant I have to leave her office.

6. March11/2016, at about 4:00 pm, while I was in the process of packing stuff which I carry with me to Las Vegas, the Executive Director and COO, called me to her office and told me that I was terminated and gave me my last paycheck. Despite I requested her, a written letter for the reason, she refused to give me any kind of oral or written explanation for the termination. She immediately collected my file drawers' and door keys, and cash bag, including other stationery items those I have already packed them just few minutes ago.

7. March 11/2016 when I got home at the evening I wrote a **grievance** letter to the Board of Governors of the Hispanic National Bar Association, of which I did not get any kind of reply.

## MY HEALTH CONDITION:

In 2008, I had to undergo surgery because of a heart problem. During the surgery my health care team implanted a defibrillator (pacemaker) in my chest. Subsequent to that surgery I underwent another surgery in May 2012 during which my health care team performed another procedure to improve the functioning of my heart. After that I was able to perform my professional duties avoiding heavy liftings.

3

**DMAGES I SUFFERED AS A RESULT OF BEING TERMINATED:**

Due to my termination I have:

1. lost income on which my family relied. My annual salary was $50,000.00 and since then I just worked a part time work for only 6 months.

2. I have lost my standing in my community; I have purchased some items for my travel and told friends and family about my travel date and even assigned a friend and a relative to visit my family during my absence. (The compensation will be determined by the Court)

3. I have suffered an enormous moral damage because my human rights have been breached and I was subjected to discrimination, which the compensation will be determined by the Court. (Estimated over $75,000.00)

4. Therefore, the total damage costs is over $125,000, plus the amount the Court will decide.

**DECLARATION**

I, the undersigned, hereby declare under penalty of perjury that the statement I made above is true to the best of my knowledge and belief.

Name:   MATHIAS LEMMA   Signature: _____

5540 Woodlawn Manor Ct

Alexandria , VA 22309

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ___Complaint___ was served by first-class mail, postage prepaid, on the __28__ day of __November__, 20__17__, upon:

_____
(Signature)